UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 1:19-cv-24705-Gayles/Otazo-Reyes

PAOLO MENICOCCI

    Plaintiff,

v

OCEAN CC, LLC D/B/A FORTE DEI MARMI

    Defendant.

_____/

## REPORT OF MEDIATION

A mediation conference was held on February 20, 2020 for the above-referenced matter. Mediator KAREN EVANS conducted the proceedings. The parties were present as indicated by their signatures below.

_____ A complete agreement was reached.

_____ A partial agreement was reached.

__X__ No agreement was reached.

_____ The mediation was adjourned until _____.

_____    _____
Plaintiff                    Defendant

_____    _____
Plaintiff's Counsel          Defendant's Counsel

_____
Karen Evans, Mediator

February 20, 2020
Date