UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-24705-CIV-GAYLES/OTAZO-REYES

PAOLO MENICOCCI,

    Plaintiff,

v.

OCEAN CC, LLC d/b/a FORTE DEI MARMI,

    Defendant.

_____/

### NOTICE OF OUTCOME OF SETTLEMENT CONFERENCE

THIS CAUSE came before the Court for a Settlement Conference held on March 5, 2020. This matter was before the undersigned pursuant to the Court's Order Referring Case to Magistrate Judge for Settlement Conference issued by the Honorable Darrin P. Gayles, United States District Judge [D.E. 18]. All parties and counsel were in attendance.

The undersigned is pleased to report that **this cause has been settled in its entirety**. Additionally, the parties will be submitting a Consent to Magistrate Judge's Jurisdiction for the purpose of the undersigned's handling of all necessary post-settlement matters.

DONE AND ORDERED in Chambers at Miami, Florida, this 5th day of March, 2020.

                                                ALICIA M. OTAZO-REYES
                                                UNITED STATES MAGISTRATE JUDGE

cc:    United States District Judge Darrin P. Gayles
        Counsel of Record