# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 19-24705-CIV-OTAZO-REYES

#### CONSENT CASE

PAOLO MENICOCCI,

     Plaintiff,

v.

OCEAN CC, LLC d/b/a FORTE DEI MARMI,

     Defendant.

_____/



### ORDER OF DISMISSAL

THIS CAUSE came before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice [D.E. 26]. Having reviewed, *in camera*, the Settlement Agreement between Plaintiff Paolo Menicocci ("Plaintiff") and Defendant Ocean CC, LLC d/b/a Forte dei Marmi ("Defendant"), it appears to the Court that due cause exists to approve the settlement and dismiss the case with prejudice regarding Plaintiff's claims against Defendant with the Court to retain jurisdiction to enforce the terms of the Settlement Agreement. Therefore, it is

ORDERED AND ADJUDGED that the Settlement Agreement is hereby APPROVED by the Court pursuant to Lynn's Food Stores, Inc. v. U.S. Dep't of Labor, 679 F.2d 1350 (11th Cir. 1982), and this action is DISMISSED WITH PREJUDICE with the Court to retain jurisdiction to enforce the terms of the Settlement Agreement. The parties shall finalize the settlement through the exchange of consideration as contemplated in the Settlement Agreement. Each party shall bear its own costs and attorney's fees, except as otherwise stated in the Settlement Agreement.

All pending motions are DENIED AS MOOT and this case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 12th day of March, 2020.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:    Counsel of Record